No. 254, Misc. IN RE THORBUS; and

No. 288, Misc. MULVEY v. JACQUES, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 263, Misc. CARROLL v. SUPREME COURT OF APPEALS OF WEST VIRGINIA. Motion for leave to file petition for writ of mandamus denied.

No. 442. BRUNNER v. UNITED STATES. C. A. 9th Cir. Certiorari granted. *A. L. Wirin* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *John R. Wilkins* for the United States.

No. 448. FEDERAL TRADE COMMISSION v. RUBEROID COMPANY; and

No. 504. RUBEROID COMPANY v. FEDERAL TRADE COMMISSION. C. A. 2d Cir. Certiorari granted. *Solicitor General Perlman* for the Federal Trade Commission. *Cyrus Austin* for the Ruberoid Co.

No. 456. UNITED STATES v. HENNING ET AL. C. A. 1st Cir. Certiorari granted. *Solicitor General Perlman* for the United States.

No. 461. GREENBERG v. UNITED STATES. C. A. 3d Cir. Certiorari granted. *Frederick Bernays Wiener* and *Jacob Kossman* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, John F. Davis, Beatrice Rosenberg* and *John R. Wilkins* for the United States.